```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 04 B 35937
   CURTIS R MIDDLETON
   ANGELITA MIDDLETON                          CHAPTER 13

                                               JUDGE: SUSAN PIERSON SONDERBY
            Debtor
   SSN XXX-XX-6863      SSN XXX-XX-9570

------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 09/28/2004 and was confirmed 11/18/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

     The case was dismissed after confirmation 03/20/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
------------------------------------------------------------------------------
COOK COUNTY TREASURER      SECURED               114.34          .00        114.34
OLD CANAL FINANCIAL        CURRENT MORTG            .00          .00           .00
OLD CANAL FINANCIAL        MORTGAGE ARRE       4000.00          .00       4000.00
HOMEQ SERVICING CORP       CURRENT MORTG            .00          .00           .00
HOMEQ SERVICING CORP       MORTGAGE ARRE       1732.21          .00       1732.21
INTERNAL REVENUE SERVICE   PRIORITY            3468.20          .00       3468.20
SEARS                      UNSECURED         NOT FILED          .00           .00
CHASE MANHATTAN            UNSECURED         NOT FILED          .00           .00
CINGULAR WIRELESS          UNSECURED         NOT FILED          .00           .00
RESURGENT ACQUISITION LL   UNSECURED            4242.50         .00       3989.31
RESURGENT ACQUISITION LL   UNSECURED            2665.15         .00       2506.09
GREEN TREE                 UNSECURED         NOT FILED          .00           .00
HAWTHORNE CU               UNSECURED             154.26         .00        145.05
ST MARGRET MERCY HEALTHC   UNSECURED             925.50         .00        870.27
OLD KENT                   UNSECURED         NOT FILED          .00           .00
VERIZON                    UNSECURED         NOT FILED          .00           .00
VILLAGE OF STEGER          NOTICE ONLY       NOT FILED          .00           .00
INTERNAL REVENUE SERVICE   UNSECURED             211.41         .00        186.10
COUNTRYWIDE HOME LOANS     NOTICE ONLY       NOT FILED          .00           .00
ZALUTSKY & PINSKI LTD      DEBTOR ATTY         2,494.00                   2,494.00
TOM VAUGHN                 TRUSTEE                                        1,126.36
DEBTOR REFUND              REFUND                                            13.57

          Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                     RECEIPTS               DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE             20,645.50

PRIORITY                                         3,468.20
SECURED                                          5,846.55
UNSECURED                                        7,696.82

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 35937 CURTIS R MIDDLETON & ANGELITA MIDDLETON
```

```
ADMINISTRATIVE                                                  2,494.00
TRUSTEE COMPENSATION                                            1,126.36
DEBTOR REFUND                                                      13.57
                                        ---------------   ---------------
TOTALS                                        20,645.50         20,645.50
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                  /s/ Tom Vaughn
     Dated: 09/11/08              _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE